# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:19-CR-00301-SDJ-AGD** |
| | § | |
| **KOLTON WATSON (3)** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 215 (sealed).

### PROCEDURAL HISTORY

On May 4, 2021, United States District Judge Sean D. Jordan sentenced defendant Kolton Watson to 240 months of imprisonment followed by three years of supervised release. Dkt. 91 at 2–3. Watson's term of supervised release commenced on February 6, 2026. Dkt. 215 at 1.

In May 2026, a probation officer petitioned the court for a warrant, alleging that Watson had violated two conditions of his supervised release. *Id.* at 1–2. Specifically, the petition alleged that Watson had violated conditions that required him to refrain from any unlawful use of a controlled substance and work full time. *Id.* at 1–2. In support of those allegations, the petition asserted that, on February 13, February 20, March 11, and May 1, 2026, Watson submitted urine specimens that tested positive for the use of Fentanyl and that he has failed to obtain any type of employment since his supervision began. *Id.*

A final revocation hearing was held before me on May 22, 2026. Watson pleaded true to both allegations. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. Minute Entry for May 22, 2026; Dkt. 226. The government requested a sentence of four months of imprisonment followed by two years of supervised release, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Watson's supervised release be revoked based on the allegations in the petition for revocation of his supervised release, Dkt. 215; (2) Watson be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four months, to run consecutively to any other term of imprisonment, with two years of supervised release to follow, all prior conditions imposed; (3) Watson be required to enroll and participate in a 180-day substance-abuse inpatient-treatment program; and (4) Watson be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 10th day of June, 2026.

_____
Bill Davis
United States Magistrate Judge