THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:19-CR-301-SDJ-AGD |
| | § | |
| KOLTON WATSON | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 10, 2026, the Magistrate Judge entered proposed findings of fact and recommendations, (Dkt. #227), that Defendant's sentence be four months of imprisonment, to run consecutively to any other term of imprisonment, with two years of supervised release to follow, all prior conditions imposed, and that Watson be required to enroll and participate in a 180-day substance-abuse inpatient-treatment program.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge, (Dkt. #226), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced in accordance with the recommendation of the Magistrate Judge.

1

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE